## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

ANGELA HALL,

                        **Plaintiff,**            2005-CV-0170

    v.

TREASURE BAY VIRGIN ISLANDS
CORPORATION d/b/a/ DIVI CARINA BAY
CASINO,

                        **Defendant.**

_____

TO:   Pamela L. Colon, Esq.
      Charles E. Engeman, Esq.

### ORDER FOR STAY

THIS MATTER came before the Court for pretrial status conference on March 17,

2009. As the record attests, Defendant has appealed to the Third Circuit the District Judge's

denial of its motion to compel arbitration and to stay pending arbitration. Because of the

procedural posture of this matter, the Court finds that a stay of all proceedings in this

Court pending resolution of Defendant's appeal is warranted.

WHEREFORE. it is now hereby **ORDERED** that all proceedings in this matter in this

Court are **STAYED** until resolution of Defendant's Third Circuit Appeal or until further

order of this Court.

*Hall v. Treasure Bay Virgin Islands Corp.*
2005-CV-0170
Order For Stay
Page 2


                                              ENTER:



Dated: March 17, 2009                    /s/ George W. Cannon, Jr.
                                         GEORGE W. CANNON, JR.
                                         U.S. MAGISTRATE JUDGE